```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SANJAY SOOKUL, *on behalf of himself and all others similarly situated*,

                                 Plaintiffs,

               - v -

DISTACART INC.,

                                 Defendant.
-----------------------------------------------------------------X

1:23-cv-7276-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    On September 18, 2023 the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than October 2, 2023. Dkt. No. 8. Neither document has been submitted. Accordingly, the parties are directed to comply with the Court's September 18, 2023 order forthwith, and in no event later than October 5, 2023.

    SO ORDERED.

Dated: October 3, 2023
New York, New York

                                                _____
                                                  GREGORY H. WOODS
                                                United States District Judge