```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/15/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SANJAY SOOKUL, *on behalf of himself and all others similarly situated*,　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　Plaintiffs,　:　　1:23-cv-7276-GHW
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　- v -　　　　　　　　　　　　　:　　　　ORDER
　　　　　　　　　　　　　　　　　　　　　　:
DISTACART INC.,　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　Defendant.　:
　　　　　　　　　　　　　　　　　　　　　　:
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

In the Court's order dated August 17, 2023, Dkt. No. 5, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than December 14, 2023. The Court has not received the joint letter and proposed case management plan. The parties are directed to comply with the Court's August 17, 2023 order forthwith and in any event no later than December 18, 2023.

SO ORDERED.

Dated:  December 15, 2023　　　　　　　　　　　　　_____
New York, New York　　　　　　　　　　　　　　　　　　　GREGORY H. WOODS
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge