**Mars Khaimov Law, PLLC**

100 Duffy Avenue, Suite 510
Hicksville, New York 11801
Tel.: 929.324.0717
Fax: 929.333.7774
E-mail: mars@khaimovlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2023

**VIA ECF**
Judge Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMORANDUM ENDORSED**

December 15, 2023

Re:   *1:23-cv-07276-GHW Sookul v. Distacart Inc.*

Status Letter and Request for Extension

Dear Judge Woods:

     Plaintiff submits this letter-motion to seek an adjournment of the initial status conference, scheduled for December 21st, 2023. Counsel will be traveling and unable to call-in for the conference on that date. As such, a thirty-day adjournment is being requested, to January 18th, 2023, or a date more convenient to the Court. This is the first time Plaintiff is making this request.

     We thank the Court for its attention and consideration in this matter.

Respectfully submitted,

*/s/ Mars Khaimov*
Mars Khaimov, Esq.
Attorney for Plaintiff

Application denied.  The conference has been scheduled since mid-August 2023, absent any request for adjournment in the preceding four months.  *See* Dkt. No. 5.  Plaintiff's counsel is directed to appear for the conference scheduled for December 21, 2023.  In addition, the parties must produce the joint status letter and proposed case management plan, *see id.*, by December 19, 2023.  Failure to comply may result in dismissal for failure to prosecute.  Further failures to comply with the Court's scheduling orders may result in the imposition of sanctions.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 14.

SO ORDERED.

Dated:  December 18, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge